UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v | § § | CASE NO. H-19-450 |
| JEFFREY STERN, ET AL. | § § | |

## ORDER

On this day the Court considered the Government's Unopposed Motion to Unseal Plea Agreement. The Government's Motion is hereby GRANTED.

Accordingly, it is ORDERED that the plea agreement of defendant Frederick Morris in the above styled and numbered cause is hereby unsealed.

Done at Houston, Texas, on _November 19, 2019_.

_____
LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE